730 A.2d 485

**In the Matter of Thomas A. SHUMAKER.**

Supreme Court of Pennsylvania.

May 20, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 20th day of May, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 15, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.